**UNDER SEAL**

F I L E D
CLERK, U.S. DISTRICT COURT
04/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>v.<br><br>JOHNNY MARTINEZ, ET AL.,<br><br>DEFENDANT(S). | Initial Indictment:<br><br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment<br>8:22-cr-00034(A)-CJC<br>_____<br>Case number<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants.   The number of defendants is _____.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days. The current estimate is _____ trial days.

☒ **Superseding Indictment**

Upon careful review of the ____1st____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants.   The number of defendants is ____31____. The previous number of defendants was ____2____.

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days. The current estimate is ____90____ trial days. The previous estimate was ____14____ trial days.

| | |
|---|---|
| April 20, 2022 | DANIEL H. AHN |
| Date | Assistant United States Attorney |