Name, Address and Telephone Number of Attorney(s):

GREGORY S. SCALLY (Cal. Bar No. 268073)
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone (714) 338-3592

FILED
CLERK, U.S. DISTRICT COURT
11/3/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: bom DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Gregory Munoz,

DEFENDANT(S)

CASE NUMBER

8:22-cr-00034(E)-FWS-10

## NOTICE DIRECTING DEFENDANT TO APPEAR FOR ARRAIGNMENT CALENDAR

*INSTRUCTIONS:* ***DO NOT FILE THIS FORM.*** *This form should be submitted by email to the Criminal Intake email address for the division in which the criminal case is pending (CrimIntakeCourtDocs-LA@cacd.uscourts.gov, CrimIntakeCourtDocs-SA@cacd.uscourts.gov, or CrimIntakeCourtDocs-RS@cacd.uscourts.gov). Do not enter a date by (or next to) the signature line. Court staff will date and file the form. If the defendant's counsel does not receive notice of this filing through the Court's CM/ECF System, THE GOVERNMENT MUST SERVE THIS NOTICE ON THE DEFENDANT.*

To:

YOU ARE HEREBY NOTIFIED AND DIRECTED to appear before a United States Magistrate Judge at the United States Courthouse located at:

☐ Western Division
255 E. Temple Street
Courtroom ____, ____ Floor
Los Angeles, CA 90012
(213) 894-8288

☒ Southern Division
411 W. Fourth Street
Courtroom 6A, 6th Floor
Santa Ana, CA 92701
(714) 338-4750

☐ Eastern Division
3470 Twelfth Street
Courtroom ____, ____ Floor
Riverside, CA 92501
(951) 328-0000

at 10:00 a.m. on Tuesday, November 10, 2026, at which time you will be arraigned on the most recent indictment or information filed against you in this case. If not already assigned to a judge of this court, your case will be assigned to a judge at the arraignment. Further proceedings will be held before the assigned judge. Depending on the judge to whom your case is assigned, you may be required to appear before that judge to enter a plea on the afternoon of the same day the arraignment is held.

If you already have an attorney, he or she must be present with you on the date ordered above. If you do not yet have an attorney, an attorney will be appointed to represent you at that time, provided you are without sufficient funds to retain a private attorney.

**IF YOU FAIL TO APPEAR AT THE DATE, TIME AND PLACE INDICATED, YOUR PRESENT BOND WILL BE FORFEITED AND THE COURT WILL ISSUE A WARRANT FOR YOUR ARREST.**

Clerk, U.S. District Court

November 3, 2026
Date

By Amber Rodriguez [signature]

Interpreter: ☐ Yes __________
Language

Bail Status: ☐ Bond ☒ Detention

☐ Rule 5 - in from: __________

*COURT STAFF: please file using the event, "Criminal Events → Other Filings → Notices → Directing Defendant to Appear for Arraignment (CR-43)."*